# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ERIC D. FLORES, | Case No. 2:17-cv-00917-APG-VCF |
| Plaintiff, | |
| v. | **ORDER DENYING MOTION TO DISMISS AS MOOT** |
| WELLS FARGO BANK, N.A., *et al.*, | (ECF No. 8) |
| Defendants. | |

In light of the parties' notice of settlement (ECF No. 10),

IT IS ORDERED that defendant Synchrony Bank's motion to dismiss **(ECF No. 8) is DENIED as moot**.

DATED this 16th day of June, 2017.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE