# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ERIC D. FLORES, | Case No. 2:17-cv-00917-APG-VCF |
| Plaintiff, | |
| v. | **ORDER FOR STATUS REPORT** |
| WELLS FARGO BANK, N.A., et al., | (ECF No. 15) |
| Defendants. | |

On September 8, 2017, plaintiff Eric Flores notified the court that he had reached a settlement with defendant Wells Fargo Bank, N.A., and requested sixty days to finalize the settlement. ECF No. 15. More than sixty days have passed, but the parties have not filed a stipulation to dismiss the case.

IT IS THEREFORE ORDERED that the parties shall file either a stipulation to dismiss or a status report regarding settlement on or before December 20, 2017.

DATED this 5th day of December, 2017.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE